**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLOYD STRICKLAND,<br><br>　　　　　Defendant. | Case No. 2:03-cr-00350-LRH-PAL-16<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Floyd Strickland, that the Revocation Hearing currently scheduled on April 9, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than 90 days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Strickland has been charged with a new law violation in state court, and the parties' negotiations related to a resolution in this case may depend in part on how the state court process proceeds. The parties seek additional time to allow the related state court case to proceed.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 4th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Justin Washburne<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLOYD STRICKLAND,<br><br>　　　　Defendant. | Case No. 2:03-cr-00350-LRH-PAL-16<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 9, 2024 at 11:00 a.m., be vacated and continued to **Tuesday, June 25, 2024 at 11:00 a.m.** before Judge Larry R. Hicks in Reno Courtroom 3 via videoconference .

　　　IT IS SO ORDERED.

　　　DATED this 4th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE