```
RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org
```

Attorney for Floyd Strickland

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>FLOYD STRICKLAND,<br><br>      Defendant. | Case No. 2:03-cr-00350-RFB-PAL-16<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Floyd Strickland, that the Revocation Hearing currently scheduled on November 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

      This Stipulation is entered into for the following reasons:

      1.    Mr. Strickland expressed his intention to hire Erick Ferran as private counsel. His new counsel would need time to get acquainted with the case to provide Mr. Strickland with effective assistance of counsel.

      2.    The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 14th day of November, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Clay Plummer*<br>CLAY PLUMMER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FLOYD STRICKLAND,<br><br>  Defendant. | Case No. 2:03-cr-00350-RFB-PAL-16<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, November 15, 2024 at 10:30 a.m., be vacated and continued to December 12, 2024 at 12:45 p.m.

DATED this 15th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE