UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FLOYD STRICKLAND,<br><br>　　　　　　Defendant. | CASE NO.: 2:03-cr-00350-RFB-PAL-16<br><br>ORDER TO STATUS CHECK |

### FINDINGS OF FACT

Based on the pending Stipulations of the parties, and good cause appearing therefore, the Court finds that:

1. Defense Counsel has a trial in the Eighth Judicial District Court – Family Division, which is currently scheduled for the same date and time as the Status Check in this matter.
2. Defendant Strickland is currently on pre-trial release and does not object to the continuance.
3. Defendant Strickland has remained in contact with Defense Counsel and has remained compliant while on supervised release.
4. All parties involved agree to the continuance.
5. Denial of this request for continuance would result in a miscarriage of justice.
6. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.
7. For all the above-stated reasons, the ends of justice would be best served by a continuance of the trial date.

///
///
///
///
///

**CONCLUSIONS OF LAW**

1. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to prepare for trial effectively and thoroughly taking into account the exercise of due diligence.

2. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

3. For all the above-stated reasons, the ends of justice would be best served by a continuance of the trial date.

**ORDER**

**IT IS ORDERED** that the status check hearing scheduled for January 17TH, 2025, at 9:00 a.m., is continued.

**IT IS FURTHER ORDERED** that the status check hearing in this matter be scheduled for the  16 day of January 23, 2025 at 8:30 a.m.

**DATED** this 16th day of January, 2025.



_____
UNITED STATES DISTRICT JUDGE